# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SPECIALIST CALEB D. JONES

NO. 2023 KW 0414

**MAY 8, 2023**

In Re:   Specialist Caleb D. Jones, applying for supervisory writs, Special Court-Martial, Parish of Lafayette, No. 2002-341.

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.**  The military judge's ruling finding that the military court has jurisdiction over this matter is reversed. Under the facts and circumstances of this case where the incident did not occur on a military installation nor while relator and the victim were on duty or status, we find that a clear and convincing nexus between the offense under the Louisiana Code of Military Justice and the state military force does not exist.  See La. R.S. 29:102(C).  Accordingly, the objection raising the exception of subject matter jurisdiction and motion to dismiss is granted.

**MRT**

**CHH**

**Chutz, J.,** dissents and would deny the application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT